1 | BRIAN J. STRETCH (CABN 163973)
United States Attorney

2

3 | SARA WINSLOW (DCBN 457643)
Chief, Civil Division

4 | RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-6915
FAX: (415) 436-6570
Raven.Norris@usdoj.gov

8

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 13-411 MMC |
|---|---|
| Plaintiff, | ) [PROPOSED] |
| v. | ) ORDER GRANTING APPLICATION FOR |
|   | ) WRIT OF CONTINUING GARNISHMENT |
| JESS ANTON TAYLOR, | ) |
| Defendant, | ) |
|   | ) |
| CEX AMERICA, INC., | ) |
| Garnishee. | ) |

Upon consideration of the United States' Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the United States' Application for Writ of Continuing Garnishment is granted.

ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT
CR 13-411 MMC                                                                 1

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment to CEX America, Inc., as Garnishee, for the purpose of garnishing property (including nonexempt disposable earnings) in which Jess Taylor ("Defendant") has a substantial nonexempt interest, in order to satisfy the judgment entered in the above-captioned case against the Defendant.

IT IS FURTHER ORDERED that the Clerk of Court is hereby DIRECTED to issue the proposed "Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant" (Dkt. No. 7), and the United States is hereby ORDERED to serve defendant and the garnishee with (1) the writ of garnishment, (2) the "Clerk's Notice of Post-Judgment Garnishment and Instructions to Defendant," and (3) the instructions to the garnishee (Dkt. No. 8). See 28 U.S.C. § 3205(c)(3).

IT IS SO ORDERED.

Dated: December 15, 2016

_____
MAXINE M. CHESNEY
United States District Judge