1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  RAVEN M. NORRIS (CABN 232868)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6915
7      FAX: (415) 436-6570
       Raven.Norris@usdoj.gov
8
   Attorneys for Plaintiff
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )  CASE NO. CR 13-411 MMC
                                        )
15        Plaintiff,                    )  [PROPOSED] ORDER GRANTING UNITED
                                        )  STATES OF AMERICA'S MOTION TO
16     v.                               )  WITHDRAW OR OTHERWISE TERMINATE
                                        )  WRIT OF GARNISHMENT
17  JESS ANTON TAYLOR,                  )
                                        )
18        Defendant,                    )
                                        )
19  _____ )
                                        )
20  CEX AMERICA, INC.,                  )
                                        )
21        Garnishee.                    )
                                        )
22  _____

23        Upon consideration of the United States' Motion to Withdraw Garnishment Proceedings and for

24  good cause shown,

25        IT IS HEREBY ORDERED that the United States' Motion to Withdraw Garnishment

26  Proceeding is granted.

27

28

ORDER RE: MOTION TO WITHDRAW GARNISHMENT PROCEEDING
CR 13-411 MMC                                   1

1   IT IS FURTHER ORDERED that the Writ of Continuing Garnishment ~~are withdrawn~~ is quashed and
2   terminated.  See 28 U.S.C. 3205(10)(A).

3   Dated: February 17, 2017

_____
MAXINE M. CHESNEY
United States District Judge